```
1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2-12-MJ-087 DAD |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR UNSEALING COMPLAINT |
| JAMES SHORT, | |
| Defendant. | |

The government's request to unseal the Complaint and this case is GRANTED.

SO ORDERED:

DATED: April 5, 2012

HON. DALE A. DROZD
U.S. Magistrate Judge