|  |  |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 6, 2012<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>_____<br>DEPUTY CLERK |

UNITED STATES OF AMERICA, )
                                              ) Case No. 2:12-MJ-00087-DAD
        Plaintiff, )
v. ) ORDER FOR RELEASE OF
                                              ) PERSON IN CUSTODY
JAMES KIRK SHORT, )
                                              )
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES KIRK SHORT , Case No.  2:12-MJ-00087-DAD  , Charge  Title 21 USC §§ 841(a)(1); 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ 150,000 (secured by real property)

            ✔    $150,000 Unsecured Appearance Bond In the Interim of securing bond.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✔    (Other)    With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 6, 2012  at  4:10  pm .

                                                      By  /s/ Dale A. Drozd
                                                           Dale A. Drozd
                                                           United States Magistrate Judge